### LONG v. HODGES.

COBB, P. J. This case is controlled by the rulings this day made in the case of *Long* v. *Bank of Minden.*

*Writ of error dismissed.    All the Justices concur.*

Submitted July 18,—Decided November 10, 1906.     ·

Practice in the Supreme Court.

*S. L. Olive,* for plaintiff in error.    *J. N. Worley,* contra.